IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 17-22484-JAD |
| Ella M. Schaeffer | : | Chapter 7 |
| Debtor | : | Related To Doc. Nos. 27, 21 |
| Ella M. Schaeffer | : | |
| Movant | : | |
| vs. | : | |
| No Respondent | : | |

## ORDER

AND NOW on this 23rd day of Jany, 2018, upon consideration of the Motion to Vacate Order Directing Case to be Closed without a Discharge filed by Debtor, it is hereby ordered and directed that the January 10, 2018 Order directing Debtor's Chapter 7 case to be closed without a discharge is vacated and the Clerk of the Bankruptcy Court is instructed to issue an Order discharging Debtor, if otherwise appropriate.

BY THE COURT:

_____
Jeffery A. Deller,
United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
All Creditors and Parties in Interest

FILED
1/23/18 8:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                              Case No. 17-22484-JAD
Ella M. Schaeffer                                                   Chapter 7
      Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2          User: culy                   Page 1 of 2               Date Rcvd: Jan 23, 2018
                              Form ID: pdf900              Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2018.
db            +Ella M. Schaeffer,    1535 Milan Avenue,    Pittsburgh, PA 15226-1959
cr            +Exeter Finance LLC,    P.O. Box 165028,    Irving, TX  75016,    UNITED STATES 75016-5028
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                Pittsburgh, PA 15233-1828
14644798       AAA Life Insurance Company,    17900 N. Laurel Park Drive,    Livonia, MI 48152-3992
14644799      +Account Recovery Services, Inc.,    P.O. Box 7648,    Goodyear, AZ 85338-0645
14644801      +American Home Shield,    P.O. Box 851,    Memphis, TN 38101-0851
14644802      +Barclays Bank Delaware,    P.O. Box 8803,    Wilmington, DE 19899-8803
14644806      +CPS Security,    c/o National Database Records Section,    P.O. Box 52268,
                McAllen, TX 78505-2268
14644803      +Capital One,    P.O. Box 26625,    Richmond, VA 23261-6625
14644804       Comcast,    P.O. Box 3002,    Southeastern, PA 19398-3002
14644805      +Comenity Bank/Buckle,    P.O. Box 182789,    Columbus, OH 43218-2789
14644807      +Credit Acceptance,    P.O. Box 513,    Southfield, MI 48037-0513
14644808      +Credit Acceptance Corporation,    25505 West Twelve Mile Road,    P.O. Box 5176,
                Southfield, MI 48086-5176
14644810      +Ditronics Finacial Services,    7699 W. Post Road,    Las Vegas, NV 89113-6612
14644811      +Dr. David H. Schwimer, D.D.S.,    750 Washington Road,    Pittsburgh, PA 15228-2051
14644812      +Dr. James M. Kyros, D.D.S.,    1256 Brookline Blvd,    Pittsburgh, PA 15226-2364
14644814       Enterprise Rent-A-Car,    Attn: Accounts Receivable,    4489 Campbells Run Road,
                Pittsburgh, PA 15205-1311
14644816      +Fortiva/Atlanticus,    P.O. Box 105555,    Atlanta, GA 30348-5555
14644817       High Field Open MRI,    995 Greentree Road,    Pittsburgh, PA 15220-3242
14644819      #Nationwide Credit, Inc.,    P.O. Box 26315,    Lehigh Valley, PA 18002-6315
14644821       Pittsburgh Parking Court,    P.O. Box 640,    Pittsburgh, PA 15230-0640
14644822       Professional Account Management, LLC,    P.O. Box 640,    Carmichaels, PA 15320-0640
14644823       Quest Diagnostics,    P.O. Box 740717,    Cincinnati, OH 45274-0717
14644825      +Specialized Loan Services,    8742 Lucent Blvd,    Suite 300,    Highlands Ranch, CO 80129-2386
14644827      +TD Bank USA/TargetCred,    P.O. Box 673,    Minneapolis, MN 55440-0673
14644828      +Trident Asset Manageme,    53 Perimeter Center E.,    Suite 4,    Atlanta, GA 30346-2287
14644830      +Trugreen,    1790 Kirby Parkway,    Suite 300,    Germantown, TN 38138-7411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14644800      +E-mail/Text: bkrpt@retrievalmasters.com Jan 24 2018 02:13:59      AMCA,   4 Westchester Plaza,
                Suite 110,    Elmsford, NY 10523-1615
14644809      +E-mail/Text: ccusa@ccuhome.com Jan 24 2018 02:13:36      Credit Coll/USA,    16 Distributor Drive,
                Suite 1,    Morgantown, WV 26501-7209
14644813       E-mail/Text: kburkley@bernsteinlaw.com Jan 24 2018 02:14:21      Duquesne Light Company,
                P.O. Box 67,    Pittsburgh, PA 15267-0001
14644815      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 24 2018 02:16:19      Exeter Finance,
                P.O. Box 166097,    Irving, TX 75016-6097
14644818      +E-mail/Text: bnckohlsnotices@becket-lee.com Jan 24 2018 02:13:39      Kohls/CapOne,
                N56 W 17000 Ridgewood Drive,    Menomonee Falls, WI 53051-7096
14644820      +E-mail/PDF: cbp@onemainfinancial.com Jan 24 2018 02:15:52      OneMain,    P.O. Box 1010,
                Evansville, IN 47706-1010
14645041      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2018 02:16:26
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14644824      +E-mail/Text: bkrpt@retrievalmasters.com Jan 24 2018 02:13:59      RMCB Collection Agency,
                4 Westchester Plaza,    Suite 110,    Elmsford, NY 10523-3835
14644826      +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2018 02:16:19      Syncb/HH Gregg,    P.O. Box 965036,
                Orlando, FL 32896-5036
14644829      +E-mail/Text: crwkflw@firstdata.com Jan 24 2018 02:14:13      TRS Recovery Services, Inc.,
                5251 Westheimer Road,    Houston, TX 77056-5416
14644831      +E-mail/Text: bnc-bluestem@quantum3group.com Jan 24 2018 02:14:15      Webbank/Fingerhut,
                6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             The Bank of New York Mellon FKA The Bank of New Yo
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2          User: culy              Page 2 of 2            Date Rcvd: Jan 23, 2018
                              Form ID: pdf900         Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 23, 2018 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor   Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Brian J. Bleasdale    on behalf of Debtor Ella M. Schaeffer bleasdb@yahoo.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee fort the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series
               2007-9 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Rosemary C. Crawford    on behalf of Trustee Rosemary C. Crawford crawfordmcdonald@aol.com,
               PA68@ecfcbis.com
              Rosemary C. Crawford     crawfordmcdonald@aol.com,  PA68@ecfcbis.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```